UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Tim. Mackey, et al.,
*as Trustee of the Minnesota Laborers Health and Welfare Fund*

        Plaintiffs,

                      ORDER ADOPTING
v.                  REPORT AND RECOMMENDATION

Andrew Jutila,
*d/b/a AJ's Companies,*
*d/b/a Andrew Jutila Companies,*

        Defendant.                  Civ. No. 13-432 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois [Docket No. 40], and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That Plaintiffs' Motion for an Order to Show Cause, [Docket No. 29], is **GRANTED**.

    2.    That Defendant Andrew Jutila is found in contempt of court.

    3.    That Defendant is directed to pay the Clerk of Court five-thousand-dollars ($5,000.00) as a sanction for his willful failure to comply with this Court's Order to Compel, [Docket No. 27].

4.  That the fine described in Paragraph 2.a, <u>supra</u>, may be expunged by further Order of this Court only upon a showing that Defendant has fully complied with this Court's Order to Compel, [Docket No. 27], by no later than seven (7) days after the date of this Order.


DATED: February 10, 2014                    <u>s/Michael J. Davis            </u>
At Minneapolis, Minnesota                   Michael J. Davis, Chief Judge
                                            United States District Court