UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tim Mackey et al.,

    Plaintiffs,

v.

Andrew Jutila d/b/a AJ's Companies
d/b/a Andrew Jutila Companies,

    Defendant.

**ORDER**
Civil No. 13-432(MJD/LIB)

_____

    Carl S. Wosmek, Amy L. Court and Christy E. Lawrie, McGrann Shea Carnival Straughn & Lamb, Chartered, Counsel for Plaintiffs.

    John H. Bray, Maki & Overom, LTD, Counsel for Defendant.

_____

    By Order dated March 13, 2014, Defendant was ordered to show cause why he should not be held in contempt for failing to obey the Court's Orders dated December 3, 2013 and February 10, 2014, and to show cause why he should not be committed to confinement until compliance with the Court's Orders. The Defendant was ordered to appear before this Court on May 22, 2014, in Courtroom 1 at the United States District Courthouse in Duluth, Minnesota. Defendant did not appear at the May 22, 2014 hearing.

IT IS HEREBY ORDERED that the Defendant is held in civil contempt for failing to obey the Court's Orders dated December 3, 2013 and February 10, 2014 and a bench warrant for the Defendant's arrest will issue ten days from the date of this Order unless the Defendant purges the contempt on or before ten days from the date of this Order.

Date: May 23, 2014

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court
